**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| POWUR, PBC d/b/a POWUR PBC, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 5:25-CV-134-RWS |
| | § | |
| DAVID CHARLES "CHUCK" ELDRIDGE, | § | |
| | § | |
| *Defendant*. | | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

COME NOW, Plaintiff/Counter-Defendant, Powur, PBC d/b/a Powur PBC, Inc. ("Powur"), and Defendant/Counter-Plaintiff, David Charles "Chuck" Eldridge ("Eldridge"), in connection with the above-entitled and numbered cause, and respectfully move this Court for an Order of Dismissal with prejudice as with respect to all claims or causes of action asserted by and between the Parties.

The Parties have resolved its dispute with respect to one another and do not wish to further pursue the same. Each party is to bear their own costs and attorney's fees.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that all claims or claims or causes of action by and between the Parties be dismissed with prejudice, and that all costs of court and attorney's fees be adjudged against the party incurring same, and for such other and further relief, at law and in equity, to which the parties may be entitled.

Respectfully submitted,

**PECKAR & ABRAMSON, P.C.**

By: /s/ Lee Banta
**Cornelius F. "Lee" Banta, Jr.**
Texas State Bar No. 24101482
Federal Bar No. 3194304
lbanta@pecklaw.com
**Frank B. Lander III**
Texas State Bar No. 24132064
Federal Bar No. 3816378
flander@pecklaw.com
1717 W. Loop S., Ste. 1400
Houston, Texas 77027
Telephone: (713) 568-1500
Facsimile: (713) 568-1490

**ATTORNEYS FOR POWUR, PBC D/B/A POWUR PBC, INC.**

**THE GLASS FIRM, PLLC**

By: /s/ C. David Glass [By Permission]
C. David Glass
dglass@theglassfirmlaw.com
Texas State Bar No. 24036642
Arkansas Bar No. 2003030
5501 Plaza Drive
Texarkana, Texas 75503

**ATTORNEYS FOR DAVID CHARLES "CHUCK" ELDRIDGE**