**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| POWUR, PBC d/b/a POWUR PBC, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 5:25-CV-134-RWS |
| | § | |
| DAVID CHARLES "CHUCK" ELDRIDGE, | § | |
| | § | |
| *Defendant*. | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff/Counter-Defendant, Powur, PBC d/b/a Powur PBC, Inc. ("Powur"), and Defendant/Counter-Plaintiff, David Charles "Chuck" Eldridge ("Eldridge"), filed their Joint Motion to Dismiss with Prejudice. After giving due consideration to the Motion, the Court finds that the motion should be GRANTED. It is, therefore:

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted by and between the Parties be dismissed with prejudice, and all costs of the court and attorney's fees shall be borne by the party incurring same.

THIS IS A FINAL ORDER.

Signed this _________ day of _________________, 2026.

_________________________________________
JUDGE PRESIDING